Robert A. Shull (#003467)
**MARISCAL, WEEKS, MCINTYRE**
  **& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Email: rob.shull@mwmf.com
Phone: (602) 285-5010
Fax: (602) 285-5100

*Attorneys for Defendants Weissman, Yahraus,
and ConstructionPhotoDocs.com, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MULTIVISTA FRANCHISE SYSTEMS, LLC, a Delaware limited liability company,<br><br>                      Plaintiff,<br>v.<br><br>ANDREW WEISSMAN and JANE DOE WEISSMAN, husband and wife; SCOTT YAHRAUS and JANE DOE YAHRAUS, husband and wife; ConstructionPhotoDocs.com, LLC, a California limited liability company; JOHN DOES I-X; ABC CORPORATIONS I-X,<br><br>                      Defendants. | Case No.<br><br><br>**NOTICE OF REMOVAL** |

Defendants Andrew Weissman, Lissa Kirsch Weissman, Scott Yahraus, Sarah Yahraus and ConstructionPhotoDocs.com, LLC (collectively, "Defendants") hereby give notice that they are removing this action from the Arizona Superior Court in Maricopa County to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. § 1331.

**I.   Introduction.**

The Plaintiff Multivista Franchise Systems, LLC, ("Plaintiff") has filed this lawsuit against defendant Andrew Weissman ("Weissman") alleging that Weissman breached the terms of Plaintiff's standard confidentiality agreement, an agreement that purports to require

-1-

1  any disputes between Weissman and Plaintiff for breach of that agreement to be litigated in
2  Arizona. After signing Plaintiff's non-disclosure agreement, Plaintiff did not disclose any
3  confidential information to Weissman. Instead, Plaintiff generally promoted its business
4  model with publicly available information and offered Weissman some financial information
5  to entice Weissman to become a franchisee of Plaintiff's business in California. After their
6  one and a half hour meeting, which took place in California, Weissman declined to do
7  business with Plaintiff and instead continued to develop a competing construction photo
8  documentation business. At the time the parties met in California, Plaintiff knew that
9  Weissman was competing against Plaintiff in the market for construction photo
10 documentation services, which is a growing and dynamic market served by many different
11 companies who compete with Plaintiff.

12      Defendants contend that Plaintiff later filed this action in Arizona based up on the
13 forum selection clause in its standard non-disclosure agreement (which only Weissman
14 signed) for anti-competitive reasons, because Plaintiff is now launching its own franchise in
15 California to compete with Weissman's business. Defendants believe this lawsuit should
16 proceed in California, where a prior action is pending. In addition to naming Weissman as a
17 defendant, Plaintiff also joined additional defendants who did not sign the agreement or
18 otherwise agree to be sued in Arizona. Plaintiff also asserted claims against Weissman's
19 wife, Lissa Kirsch Weissman, defendant Scott Yahraus ("Yahraus") and his wife Sarah
20 Yahraus and ConstructionPhotoDocs.com, LLC, a California limited liability company
21 ("CPC"). Furthermore, Plaintiff alleges claims not just for breach of the non-disclosure
22 agreement but it has also asserted claims that Weissman did not agree to litigate in Arizona,
23 including claims that Defendants have violated The Lanham Act and are unfairly competing
24 with Plaintiff; that Defendants have violated certain provision of California statutes; and that
25 Defendants are unfairly competing against Plaintiff. Plaintiff is requesting relief for the
26

alleged breach of contract, infringement, injunction, money damages, punitive damages and other relief.

Defendants deny all of the allegations and breaches alleged in Plaintiff's Complaint, and will file their responsive pleadings within the time permitted after this Removal. Defendants hereby reserve all rights to challenge personal jurisdiction and appear specially now only to remove action from state court.

**II.     The Court Has Jurisdiction Under 28 U.S.C. § 1332.**

    **A.     There Is Diversity Of Citizenship.**

        1.     Plaintiff alleges that it is a Delaware corporation with its principal place of business in Phoenix, Arizona (Complaint ¶ 1).

        2.     The Weissmans are residents of Bell Canyon, California (Complaint ¶ 3). Yahraus and his wife Sarah reside in Southern California (Complaint ¶ 4). CPD is a California limited liability company whose offices are in Woodland Hills, California (Complaint ¶ 2).

    **B.     The Amount In Controversy Exceeds $75,000.**

Plaintiff is seeking damages in the lawsuit, exclusive of punitive damages, that exceed $75,000.00.

**III.     This Removal Is Timely.**

        1.     Plaintiff filed this action in the Maricopa County Superior Court on August 24, 2010.

        2.     Plaintiff served Andrew Weissman on September 6, 2010.

        3.     Plaintiff served Lissa Kirsch Weissman on September 6, 2010.

        4.     Plaintiff served Scott Yahraus on September 3, 2010.

        5.     Plaintiff served Sarah Yahraus on September 3, 2010.

        6.     Plaintiff served CPD on September 6, 2010.

7. As this Notice if being filed on September 22, 2010, 19 days after the action first became removable – the removal is timely.

**IV.    Defendants Have Met All Other Requirements For Removal.**

1. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Removal is proper pursuant to 28 U.S.C. § 1441 and 1446.

2. Defendants attach to this notice copies of all process, pleadings and other documents previously filed with the state court. *See* Exhibit B, Declaration of Counsel; Exhibit C, State Court Filings.

3. Defendants have concurrently filed a copy of this notice in the Maricopa County Superior Court.

4. Defendants have served upon Plaintiff's counsel a copy of this notice.

**RESPECTFULLY SUBMITTED** this 22nd day of September, 2010.

MARISCAL, WEEKS, MCINTYRE
& FRIEDLANDER, P.A.

By: _____
Robert A. Shull
2901 North Central Avenue
Suite 200
Phoenix, Arizona 85012-2705
*Attorneys for Defendants Weissman, Yahraus and ConstructionPhotoDocs.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John Maston O'Neal, Esq.
Heather L. Buchta, Esq.
Isaac M. Gabriel, Esq.
QUARLES & BRADY, LLP
Renaissance One
Two North Central
Phoenix, AZ 85004-2391
Email: john.oneal@quarles.com
Email: heather.buchta@quarles.com
Email: Isaac.gabriel@quarles.com
Attorneys for Plaintiff

I hereby further certify that service of the **Notice of Service** was made this date by sending a copy via U.S. Mail.

DATED 22nd day of September, 2010.

_____
An Employee of Mariscal, Weeks

U:\ATTORNEYS\RAS\Constructionphotodocs.com 19409-1\Pleadings USDC\Notice of Removal rev.doc